Buchwald, N.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/02/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

JOHN VERA,

                            Plaintiff,

            -against-

NEW YORK CITY, et al.,

                         Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

12 Civ. 6925 (NRB)

------------------------------------------------------------------- x

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

    1. The above-referenced action is hereby dismissed with prejudice; and

(continued on next page)

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

The Law Office of Fred Lichmacher
*Attorneys for Plaintiff*
350 Fifth Avenue, Suite 7116
New York, New York 10118

By: _____
Fred Lichmacher
*Attorney for Plaintiff*

Dated: New York, New York
       July 1, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
 City of New York
*Attorney for Defendants City, Bender, Lee, Kearns and Mahecha*
100 Church Street, Rm. 3-178
New York, New York 10007

By: _____
Tobias E. Zimmerman
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. NAOMI R. BUCHWALD
UNITED STATES DISTRICT JUDGE

2